No. 81–1988. CONSOLIDATED MOTOR INNS v. BVA CREDIT CORP. C. A. 11th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 81–2085. GUIDE PUBLISHING CO., T/A JOURNAL AND GUIDE v. THOMAS. Sup. Ct. Va. Motion of American Newspaper Publishers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 81–6422. GENSON v. RIPLEY ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–6570. ARANGO v. FLORIDA. Sup. Ct. Fla.; and
No. 81–6598. KRIER v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 81–6570, 411 So. 2d 172; No. 81–6598, 249 Ga. 80, 287 S. E. 2d 531.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–6594. POPE v. THONE, GOVERNOR OF NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 81–160. MISSISSIPPI ET AL. v. PHILLIPS ET AL., 456 U. S. 960;
No. 81–181. JOINT LEGISLATIVE COMMITTEE FOR PERFORMANCE, EVALUATION, AND EXPENDITURE REVIEW OF MISSISSIPPI ET AL. v. PHILLIPS ET AL., 456 U. S. 960; and
No. 81–6421. WESTOVER v. RICHENBERGER ET AL., 456 U. S. 964. Petitions for rehearing denied.